Scott *v.* Filler et al., Appellants.

Argued September 14, 1966. *Raymond J. Porreca,* for appellants; *Murry Powlen,* for appellee.

Order affirmed.

ERVIN, P. J., absent.

Springfield, Inc. *v.* Bradford Pools, Appellant.

Argued September 13, 1966. *Sidney B. DeAngelis,* with him *Bean, DeAngelis, Tredinnick & Giangiulio,* for appellant; *David S. Foulke,* with him *Foulke, Knight, Stefan and Timoney,* for appellee.

Order affirmed.

Stewart, Appellant, *v.* Max Brodkin, Inc.

Argued September 12, 1966. *Joseph D. Shein,* for appellant; *William W. McAdams,* with him *Liebert, Harvey, Bechtle, Herting & Short,* for appellee.

Order affirmed.